UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:22-cr-332-VMC-TGW

SHANE PAUL CAMUS

**ORDER OF FORFEITURE**

The defendant pleaded guilty to count one of the information, conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349. The United States has established that the defendant obtained $2,002,090.76 in proceeds as a result of the offense.

The United States moves under 18 U.S.C. § 982(a)(7) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of an order of forfeiture in the amount of $2,002,090.76, which upon entry shall be a final order of forfeiture as to the defendant. The motion is **GRANTED**. The defendant is liable for an order of forfeiture in the amount of $2,002,090.76.

The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $2,002,090.76 order of forfeiture. The United States may also conduct discovery (including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas), pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal

Procedure, to help identify, locate, and forfeit substitute assets. The court retains jurisdiction to enter any order necessary to the forfeiture and disposition of any substitute asset.

DONE and ORDERED in Tampa, Florida, this ____13_______day of November, 2022.

Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE