UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:22-cr-332-VMC-TGW

SHANE PAUL CAMUS

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

The United States moves pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), for a Preliminary Order of Forfeiture for the following real property, which is owned by the defendant, to be applied to the outstanding balance of the defendant's $2,002,090.76 order of forfeiture:

> The real property located at 7549 NW 117th Lane, Parkland, Florida 33076-4259, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 33, Block C, Heron Bay East, according to the map or plat thereof, as recorded In Plat Book 169, Page(s) 105, of the Public Records of Broward County, Florida.
>
> Parcel ID Number: 484106-15-1000

On November 13, 2022, pursuant to 18 U.S.C. § 981(a)(7), the Court entered an order of forfeiture against the defendant in the amount of $2,002,090.76. Doc. 55.

The United States is entitled to forfeit the substitute asset identified above, in partial satisfaction of the defendant's Order of forfeiture.

Accordingly, it is ORDERED that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), the asset described above is FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), in partial satisfaction of the defendant's Order of forfeiture.

Assuming no third-party files a successful claim to the asset, the net proceeds from the forfeited property will be credited towards the defendant's Order of forfeiture.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute assets forfeited to the United States up to the amount of the Order of forfeiture.

DONE and ORDERED in Tampa, Florida, on this ___17________ day of November, 2022.

Virginia M. Hernandez Covington

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE