UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 22-cr-00332-VMC-TGW

UNITED STATES OF AMERICA

Plaintiff,

Vs.

SHANE CAMUS

Defendant.
_______________________________/

**DEFENDANT'S NOTICE OF FILING SENTENCING EXHIBITS**

COMES NOW the Defendant, SHANE CAMUS, by and through his undersigned attorney, and hereby files the following Sentencing Exhibits in preparation for the Sentencing Hearing scheduled to take place on March 9, 2023:

| | EXHIBIT # |
|---|---|
| Emily Lewis, Shane's wife | 1 |
| Brian Cahir , friend/retired Sheriff's Sergeant | 2 |
| Harrison Kunkle, friend/combat medic in the US Navy | 3 |
| Maria Rodriguez Lewis, mother-in-law/attorney | 4 |
| Jennifer Bancroft, cousin | 5 |
| Pamela Camus, nephew/godson | 6 |
| Juan Lopez, friend | 7 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed this Notice of Defendant's Sentencing Exhibits with the Clerk of the United States District Court using CM/ECF, on this 23rd day of February, 2023.

Respectfully submitted,

LAW OFFICES OF MICHAEL J. ENTIN, P.A.
Attorney for Defendant
101 N.E. Third Avenue-Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 745-4900
Florida Bar No. 270261
Email: mjentin@aol.com
Legalassisant2michaeljentin@gmail.com

***/s/ Michael J. Entin***
MICHAEL J. ENTIN, ESQ

January 19, 2023

ATTN:
Honorable Virginia Covington
U.S. District Courthouse
810 N. Florida Ave
Chambers 14B
Tampa, FL. 33602

Dear Honorable Judge Covington, I want to introduce myself. My name is Emily Lewis, and I am the wife of Shane Camus. I'm a proud daughter to an Honorable Judge Daniel Lewis and Attorney Maria Lewis. I have two sisters, one in law as an attorney, Caroline Lewis and the other with her Doctorate in teaching as an English teacher, Rebecca Lewis. I found myself on the healthcare side. My life I have strived to work hard and follow a path of helping others. I graduated from FIU with my Bachelors in Health Service Administration and then went on to graduate from WGF with my Masters in Business Administrations. I knew I wanted to be in the healthcare field, but I also loved the aspect of building a career and having a say in making our Healthcare system better for everyone.

I met Shane as he was finishing nursing school and starting his first job as a Registered Nurse. He would work those crazy hours and always tell me about the individuals he would meet and help. It was amazing to watch as I myself was working at my first corporate job on the other side of healthcare. I got to witness both ends of the spectrum. I fell for Shane due to his drive to work hard not for himself but for his family. He knew he was the only son of his parents. He told me all about the past they have endured and how he never wanted his mom to worry about where to live and to help his dad to finally retire as he has worked his whole life trying to provide for his family. Shane was so driven that he would give up hanging out with his friends to focus on a career where he could make his family's dreams come true.

Shane is not only smart, but he is carrying. I would say he cares more than any other individual I have met. Due to that he has a drive greater than any individual I have met. It's easy to get the same feeling of drive, compassion, and a go getter attitude when you are around him.

EXHIBIT 1

I know he puts his all into his dreams as his dreams are for his family. I have watched Shane push himself so many times and get so close only to have to restart over and over again. Anyone else I know would have given up. Shane on the other hand never has, he sees the path he is meant to take, and that God is leading him towards.

I have spent 5 years with Shane, learning to grow and live together. Getting married was one of the easiest decisions I have ever made. When I said yes to Shane during his proposal back in 2019, I knew this was the man I would spend the rest of my life with. We picked out our wedding date and I cannot express enough gratitude and appreciation for your allowing us the time on our wedding day. By pushing back, the sentencing date, we are able to take a day for ourselves to enjoy being with family, friends, and meet each other's cousins from all over.

These last 3 years have been the toughest either of us have ever endured. I have watched Shane struggle to stay positive when I know his past eats at him. This situation burdens him heavily and he is trying to do everything he can possible to help. He has pushed that same drive to give as much assistance, support, and info to help this court and to cooperate as much as possible. I have watched him grow into a stronger man changing to be better and smarter in all that he does. It has been tough knowing I cannot take on his burden, but he has made up his mind to give as much assistance and once he does, he never goes back on his word. I know that is why he has worked so hard to put together all the information he can to help this court.

All I can ask is that you allow him to continue to walk the path set before him as he will use every moment to keep helping his community, family, and all those around him to the best of their ability. I ask that you see the man I see and understand his passion and dreams.

Sincerely,

Emily Lewis
7549 NW 117TH Lane
Parkland, FL 33076

November 22, 2022

The Honorable Virginia Covington

U.S. District Courthouse

801 N. Florida Ave

Chambers 14B

Tampa, Fl 33602

Your Honor,

My name is Brian Cahir, I have been a retired Sheriff's Sergeant for the past 30 years. During my career I was assigned to the United States Marshal service as a group Supervisor over the South Florida Fugitive Task Force. I am writing on behalf of Shane Camus. I have known Shane for approximately 15 years, and he is considered a close family friend. Shane went to school with my oldest son, and I have watched him grow up to be a very respectful person with good morals and ethics. Shane has many great qualities that I believe made him the man he is today. Such as his ambition, his never give up attitude, his faith in God, and most of all the love and compassion he holds for his friends and family.

Shane's ambition led him to graduate from nursing school as a Registered Nurse at the top of his class. I clearly remember him and my eldest son Austin meeting at the Broward college library to study. I was always happy to see this as nothing is more important than the quality of friends your son hangs around. With Shane's qualities I was always pleased to see my 2 sons spending time together.

I also remember when Shane decided to enter the business world to help his father. When I asked why he decided to do this his answer was very surprising especially coming from a young man. He told me about his family losing their home they grew up in and he wanted to make sure they never have to experience a hardship like that. In his eyes, his number one priority was always his family. Due to that he realized he needed to pause his career as a registered nurse, because it did not allow him to fully provide for his family the way he always intended. I found that very admirable as this is not common in today's generation.

I was disappointed to hear about the legal situation that Shane found himself in. I have spoken to Shane, and he agreed that he should cooperate to the fullest extent possible. I would hope

EXHIBIT 2

and respectfully request that Shane's lack of previous criminal history, co-operation, and remarkable character be taken into serious consideration when resolving this legal matter.

Respectfully submitted,

Brian Cahir

2136 NE 30th Street

Lighthouse Point, Fl 33064

December 8, 2022

Honorable Virginia Covington
U.S. District Courthouse
801 N. Florida Ave
Chambers 148
Tampa, Fl 33602

My name is Harrison Kunkle. I served in the United States Navy for 6 years as a combat medic who assisted the marine in their frontline duties and as a paramedic stationed in states and countries throughout the world. Such as California, North Carolina, Japan, and Thailand. I am now in pursuit of my BSN to become a registered nurse. Funny to say but most of my career that was mentioned above would not have been possible without befriending Shane.

I have been the best friend of Shane Camus since the beginning of high school. Our coming about was manifested because I saw several personality traits in Shane that I admired, and immediately Shane embraced me and took me under his wing. I grew up the most of my young adolescence though my middle school years being made fun of. I had very low self-esteem and believed that I was uncapable of accomplishing little. My friendship with Shane allowed me to see the world through a new lens and empowered me in more ways than I can articulate. Ever since a young age Shane and I have been obsessed obtaining the most peak form of physical fitness we can attain and contributing to our careers. The majority of the hardships I had faced in life prior to becoming Shane's best friend were due to being the overweight "fat" kid and lack of motivation. It wasn't until I had started to reap the benefits of exercise and proper dieting that my life began to change.

During high school I remember very specifically that Shane had weight training 1st period and I had the class 2nd period. There would be days in seeing Shane during the shift of class periods. I remember asking him what he thought about the weightlifting class, and he immediately tried to get me to enroll for the following semester. Not only was he urging me to enroll but I believe he noticed my insecurities as well and asked for my phone number so we could start training after school hours. I was astonished because he did not judge me by my appearance or the fact that I had no experience lifting but simply by the fact I wanted to change. This was the first sign of one of Shane's best qualities in his character, wanting to help others better themselves.

Shane's determination and willpower was something that I sought after, and after a good bit of time our friendship had blossomed into a brotherhood. Shane and I were always there to hold one another accountable. Summers, while everyone else was at the beach Shane and I were either at the gym working out for hours, or at the library studying. Shortly after high school I wanted to enlist in the Navy, at the time Shane was in his nursing program. Shane would push me

EXHIBIT
tabbies
3

to meet up and study for the ASVAB (the entrance exam for the Navy) while Shane was working through the rigors of nursing school.

After leaving our hometown for the Navy, I left with persistence, hard work, and discipline and I can't say the same had it not been for having Shane in my life. Time and distance never played a contributing factor for Shane and I losing touch. I remember after basic training calling Shane unsure about what job to pursue in the navy as I wanted to pursue a job that would continue as a career path after finishing. I clearly remember his exact words "brother don't pick some meaningless low-level job that does nothing for you and leaves you working at the gun range for $12 an hour once you finish your term". Harsh were his words but they were 100% true. He suggested I pick a career path in the medical field in the navy and suggested making sure it was something that would leave me with a certification that would help further my career once I was out. I did just this and left the navy as a certified EMT.

I am now in school in my second semester as a Registered nurse and have plans of become a nurse anesthetist. To this day I still call Shane to talk with him when I have hardships or simply need help with studies. Our distance never changed our bond to the point that he has asked me to be his best man at his wedding. An honor I cannot wait to share. I have watched Shane grow and become such a great friend, son, and partner. I can wholeheartedly say that out of all my friends Shane played the biggest role in my life. He was not only a good friend but in addition taught me ambition, contributed to my physical health, self-esteem, and helped me in my studies and career.

Sincerely,

Harrison Kunkle
1102 Palmer St
Orlando, Fl, 32801

**LAW OFFICES**
**MARIA RODRIGUEZ LEWIS, P.A.**
**QUALIFIED ARBITRATOR**
**CERTIFIED CIRCUIT – COUNTY - FAMILY MEDIATOR**
P.O. BOX 550585
Fort Lauderdale, FL 33355
Tel: (954) 850-8563
E-mail: miamimediate@gmail.com
mariarlewis1913@gmail.com

December 29, 2022

Honorable Virginia Covington
U.S. District Courthouse
801 N. Florida Ave
Chambers 148
Tampa, Fl 33602

Re: Shane P. Camus

Dear Honorable Judge Covington:

By way of introduction, my name is Maria Rodriguez Lewis. I am an attorney licensed to practice law in the State of Florida. I have been in the private practice of law in the South Florida area for over 40 years. I am also a Florida Supreme Court Certified Circuit, County and Family Mediator, as well as a Qualified Arbitrator. I am the proud mother of three grown daughters who are all professionals. My oldest Caroline A. Lewis is an attorney, Rebecca K. Lewis is a Middle School Language Arts Teacher, and Emily M. Lewis who is a Businesswoman. I have been happily married for 35 years to my wonderful husband, Daniel A. Lewis who has been a Judge of Compensation Claims for over 34 years serving our great State of Florida. I am proud of these accomplishments. I am also very proud to be Shane Camus' mother-in-law.

I believe my training and experience have made me a good judge of character. My fervent hope for my daughters was for them to find a partner who was kind, caring, and respectful. Shane is the embodiment of all these qualities.

Shane's concern for and desire to help others manifested itself early on when he decided to enter the field of nursing. Shane attended Emergency Educational Institute School of Nursing, where he graduated at the top of his class and became a Registered Nurse. As a Registered Nurse, Shane initially went to work for Arch Plaza Rehab and Nursing Center, where he cared for elderly patients. Shane then began working for the Office of Refugee Resettlement in Homestead Florida, where he provided nursing care and assistance to unaccompanied minors who had entered the United States. The children who Shane worked with were scared and sick, and Shane afforded care and comfort to those minors.

I know Shane to be a good person and a very hard working, industrious, and productive member of our South Florida Community. I also know Shane to be of the highest ethical and moral character. I am impressed by his hard work, good nature, and desire to help others.

EXHIBIT
tabbies
4

I know that the legal difficulty which Shane has found himself in weighs heavily upon him. It saddens me, knowing the person he is, that he finds himself in this situation. I know Shane had the best intentions to establish the business to help provide for his employees and his parents. In fact, Shane sold his truck, invested all of his savings, and moved back home with his parents in order to start the business with his father and help his parents financially. However, he has now gotten caught up in this unfortunate legal situation.

On behalf of Shane Camus, I am respectfully requesting that this Honorable Court take into consideration all of his qualities as mentioned above. When coupled with the fact that Shane has fully cooperated with the government for the past three years, has no prior criminal history and has an excellent moral character, I pray that leniency be shown when arriving at a fair and just outcome to these proceedings.

Thank you for your kind consideration of this letter. Again, it is my hope that Shane and my daughter will be able to enjoy their new life together, and I ask for leniency so they may put this matter behind them. In this way, they can grow together, start a family, and enjoy their lives as a newlywed couple.

Respectfully submitted,

María Rodriguez Lewis, Esq.

December 6, 2022

RE: Shane Camus adv USA

ATTN:
Honorable Virginia Covington
U.S. District Courthouse
810 N. Florida Ave
Chambers 14B
Tampa, FL. 33602

My name is Jennifer Bancroft. I am a 51-year-old American, born in Massachusetts, residing in Florida. I have always taken pride in my integrity and work ethic. I put myself through college, completing my bachelor's in only 3 years, followed by my master's degree, while working to support myself and my education. I have been married for almost 20 years and have 2 children of my own (17 and 13) and 2 stepchildren (27 and 23). I started my career as a healthcare provider in 1995. Since that time, I have served as an executive on both the provider and the product sides of healthcare. I have worked with large healthcare organizations as well as founded my own companies as an entrepreneur. In my near 30-year career, I have witnessed first-hand the dynamic, ever evolving nature of healthcare compliance and reimbursement. It truly takes a village to keep abreast of healthcare policy and regulatory changes.

Shane Camus is my cousin, the only child of my father's sister, my aunt Robin, and her husband, my uncle Pablo Camus. My aunt and uncle always wanted children. Family was very important to them both, but that reality was not as simple as it would have seemed. They went through a lot prior to successfully bringing their beautiful son into the world.

Due to our age difference, their son Shane was always more like a nephew to me. My business travels brought me to S. FL frequently, during which I stayed with my family. As a result, I spent a lot of time with Shane over the years. I had the opportunity to not only watch him grow, but to be actively involved in is life from the beginning.

EXHIBIT

5

From a very young age, his loving, giving nature was evident. He was a happy child who cared freely and deeply. That is how he was raised. I will never forget our nightly ritual during my stays when he was a young boy. Shane had a collection of teddy bears, each with a specific name, each very dear to him. Every night, prior to his bedtime, Shane would give each of us one of his cherished bears to sleep with, remind us of the bear's name and explain why he chose each bear for each person. He didn't ever want anyone to feel alone, but rather to always feel loved.

Shane carried the same qualities into adolescence. I remember visiting when my son, Logan, was 10 months old. Shane was 11 years old at the time. Rather than running off to hang out with his friends as he often did at that age, Shane was completely enamored with his new cousin. So much so, that he helped care for him during our stay. He wanted to be engaged in everything, including changing diapers, at his own request. He genuinely enjoyed taking care of others and did so with enthusiasm. Qualities instilled in him through his upbringing and his faith, which later led him to start his career as a healthcare professional.

In addition to his caring nature, Shane clearly had the passions of an entrepreneur from very early on. Coming from a humble family, with hard working parents, Shane, as any child does, wanted things at times that were not within their means. Living in Davie Florida, which was far more rural at the time, during their pre-teen years and beyond Shane's friends had dirt bikes, ATVs, jet skis, etc. Shane, with a desire to participate, learned to repair his friends' motorized vehicles when needed and went on to buy problematic motorcycles, jet skis, etc. at a low price, repair them, and then sell them at market price. It became quite the little business for him. His later teen and early adult years including fixing up cars to sell for a profit as well. He has never been afraid of tackling the unknown, learning new things, and hard work to achieve his goals.

Having followed a similar educational and early career path, Shane and I have always stayed closely connected regarding his professional life. Shane chose nursing, caring for others, for his path. He worked very hard to be exceptional, not only within his nursing program, but with anything to which he commits. He graduated third in his class of 25 while working to support some of the cost of his education. He passed his nursing exam (NCLEX) the first time he took the test, getting the highest score in his class; only 68% of those in similar programs passed on their first attempt at this time. He also studied to become a mortgage broker and passed the

exam on his first attempt; only 55% of those who take the exam nationwide pass on their first attempt. These are just a few examples of Shane's commitment, work ethic and drive to succeed.

After gaining experience providing direct patient care and with the closing of the facility where he was employed as a nurse, Shane exercised the option to join his father and gain operational business experience. Much like the path I took, Shane explored opportunities to bring value through his healthcare background and experience while leveraging the business construct his father had in place.

Shane is a smart, enthusiastic, positive, well-grounded young man with a strong moral compass. He sets a good example for others, including my children, with whom he is close. He is a young man, with so much of his life and career ahead of him. His adult life is just beginning. Shane recently got married to a wonderful woman, Emily and they are building their life and home together. This is an extremely difficult lesson to have to learn for anyone. I only hope Shane can put this experience behind him and continue to approach the world with the same enthusiasm, curiosity, desire to care for others, and trusting nature that are at the core of who he is.

I am proud to be Shane's family. It breaks my heart to see him in this situation, knowing he would never have actively engaged in practices if there was any indication that they were not completely compliant. He is a positive force in the lives of so many. I know his faith and family will get him through this challenging time. I hope I have helped you to get to know Shane just enough to appreciate the young man he truly is, one who is respected, appreciated, and loved by many.

Sincerely,

Honorable Virginia Covington
U.S District Courthouse
801 N. Florida Ave
Chamber, FL 33602

My name is Pamela Camus. I am 67 years old and am a graduate of the University of Texas. I also have an MBA from the University of Miami.

I spent my 30+ year career with American Airlines in Chile. I served as the Director of American Airlines for 20 of my 30 years. During my tenure, I developed the Mentor Program for Women in Latin America. I also serve as a director for other companies. I have been elected for 10 consecutive years to serve on the board of the 100 Women Leaders of Chile.

I have two children, aged 40 and 42, and a 20-year-old granddaughter, all who are of American nationality, but live in Chile.

Shane Camus is my nephew and godson. Since early childhood I have watched him grow up with strong principles and deep-rooted values. Over the years I have had the opportunity to have him stay with me in Chile while on vacation, starting when he was only 3 months old. I have also had many occasions to visit him in the United States during my frequent work trips as a country director for American Airlines and vacations. He has been fortunate to have been raised in a strong Christian home, with parents who set great examples and love him deeply. His parents instilled strong values in him from a young age; a sense of hard work and responsibility, respect for others and his environment. He grew up with an understanding of how to earn money honestly through his hard work; so much so, he even helped to pay for his own expense to attend nursing school. His experiences and family influence have led him to become a very focused, entrepreneurial young man.

I admire the integrity, respect, and care for others with which my nephew operates in his daily adult life. I am certain this is due to how he was raised and the examples his parents set for him to follow.

And I take this opportunity to wish Shane and his wife Emily the same fortune and happiness as his parents have had in their marriage. I look forward to celebrating their union with them on February 11, 2023.

Sincerely,

P Camus

Pamela Camus
Raimundo Larraín 9959
Santiago- Chile

EXHIBIT
6

January 5th, 2023

Honorable Virginia Covington

U.S District Courthouse

801 N. Florida Ave

Chambers 148

Tampa, FL 33602

My name is Juan Lopez. I am 27 years old, born in Colombia and migrated to the United States when I was 6 years old. I have been a practicing Registered Nurse for the last 5 years and I am currently working in the ICU (Intensive Care Unit). I am also a certified EMT and currently a student in the Fire Fighter academy.

I met Shane when I was in the 9th grade and have been friends since, 14 years of friendship and counting. I am truly grateful for our friendship as I can confidently say Shane has made the biggest impact in my life of any friend I have had. Shane's friendship impacted my career, my confidence and motivation, but most importantly Shane is both directly and indirectly responsible for saving hundreds of lives.

Shane was always an individual who was trying to better himself and improve himself. Not only was he trying to better himself, but he was always trying to motivate his friends to do better as well. He not only wanted to see himself succeed but he wanted everyone around him to as well. Every time he had a new idea, whether it was a new hobbie or an opportunity for a job, he was always thinking of his friends

At the time, I was working as a server at a restaurant while Shane was a nurse. Since the day Shane started nursing school, he was trying to get me to enroll. It was not until Shane was already working as a nurse that I gained the confidence to enter my career. I remember the day I finally made my decision, and it was due to a lifesaving story Shane told me about. A woman in her late 50's went into cardiac arrest and died for almost two minutes while the nurse assigned to that section was in the bathroom. Shane knew this patient and found it odd that no noise was coming from her room. As this patient was a joyful woman and was always whistling, talking, or singing. He decided to pop his head into the patient's room and found her with no pulse. He immediately administered CPR and saved her life. He was so proud and happy; I remember he got a reward at the nursing facility. Shortly after that he went to work for the office of refugee resettlement where he helped improve and save the lives of children.

EXHIBIT
tabbies
7

This inspired me as I was astonished at how being a nurse could literally be the reason that someone else's loved one could be alive today. In fact, this later lead to me not only being a nurse but additionally being a nurse who worked in the ICU (Intensive Care Unit). I know Shane directly saved a few lives in his career. However, I am proud to say that saving lives is now a daily job for me! As all patients who are administered to the ICU are almost always in a life-or-death situation and need critical care.

Shane gave me the inspiration to become a nurse, he knows that. However, what he may not realize is that even though he is now an entrepreneur he is still saving lives for the decades to come indirectly through me. Shane's tenacity to help me better myself and his story that motivated me, played a huge role in my career today!

Shane is kind, selfless, motivated, and a giving individual. I believe his character to be outstanding and I am proud to call him my friend. When he explained his legal situation to me, I was shocked. He explained how this has been haunting him for over 3 years now. I pray that his exceptional character, cooperation, and the countless lives he has touched and saved play a role in leading to a fair outcome. He has a wonderful new wife and a family that counts on him.

Respectfully,

Juan Lopez

4841 SW 104th Ave

Cooper City, FL 33328