UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:22-cr-332-VMC-TGW

SHANE PAUL CAMUS

**UNITED STATES' AMENDED MOTION FOR FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

The United States of America moves this Court for entry of a Final Order of Forfeiture for $230,000 in lieu of the real property located 7549 NW 117th Lane, Parkland, Florida 33076-4259, in partial satisfaction of the defendant's $2,002,090.76 order of forfeiture. In support thereof, the United States submits the following memorandum of law.

## MEMORANDUM OF LAW

### I. Statement of Facts

1. On November 18, 2022, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), the Court entered a preliminary order of forfeiture for the real property located at 7549 NW 117th Lane, Parkland, Florida 33076-4259, in partial satisfaction of the defendant's $2,002,090.76 order of forfeiture. Doc. 60.

2. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the asset on the official government website, www.forfeiture.gov, beginning on November 29, 2022, and continuing through December 28, 2022. Doc. 87. The publication gave

notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

3. In accordance with 21 U.S.C. § 853(n), the United States also properly noticed the only parties known to have a potential interest in the asset, including the Broward County Tax Collector, American Express National Bank, Carrington Mortgage Services, LLC., Heron Bay Community Association, Inc., and Mortgage Electronic Registration Systems, Inc. (MERS).[1] The notice packages included a Notice of Forfeiture, an Acknowledgment of Receipt of Notice of Forfeiture, the Preliminary Order of Forfeiture, and a self-addressed, stamped envelope.

4. On May 22, 2023, the United States and the defendant entered into a Stipulated Settlement Agreement for his interest in the real property located at 7549 NW 117th Lane, Parkland, Florida 33076-4259. Per the terms of the agreement, the defendant agreed to pay the United States $230,000 to be forfeited in lieu of the real property. On July 28, 2023, the United States received a payment of $230,000 from him.

[1] Because the United States is seeking to forfeit funds in lieu of the real property, any potential third-party claims are moot. Additionally, the United States is filing this amended motion to remove reference to LoanCare, LLC. which was listed in error.

5. Consequently, the United States now seeks a final order of forfeiture for the funds.

## II. Applicable Law

When all third-party petitions have been adjudicated, or if no petitions are filed, it is appropriate to enter a final order of forfeiture in accordance with Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure. In addition, 21 U.S.C. § 853(n)(7) provides that following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7).

As required by section 853(n), the United States published notice of the forfeitures, and of its intent to dispose of the asset on the official government website, www.forfeiture.gov. Docs. 87. Pursuant to Rule 32.2(b)(6)(C), publication must take place as described in Supplemental Rule G(4)(a)(iii) of the Federal Rules of Civil Procedure by any means described in Rule G(4)(a)(iv), which authorizes publication by internet.

The internet publication notified all who might have an interest in the asset of the United States' intent to dispose of such property and provided instructions on filing a petition to adjudicate an interest in the property. In accordance with the above-referenced provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court. Here, the first date of internet

publication on www.forfeiture.gov was November 29, 2022. Thus, the final date for filing a petition to adjudicate an interest in the asset was on January 31, 2023, and the time for filing such petitions has expired. As discussed above, because the United States is seeking to forfeit funds in lieu of the real property, any potential third-party claims relating to the real property are moot. The United States has settled with the defendant. No other party filed a petition or claimed an interest, and the time for filing such petition has expired. The forfeited funds will be credited towards the partial satisfaction of the defendant's order of forfeiture.

## III. Conclusion

Publication having been effected, and all claims or petitions to adjudicate an interest having been addressed, it is now appropriate to enter a final order of forfeiture for the funds.

WHEREFORE, the United States respectfully requests that, pursuant to 21 U.S.C. § 853, Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, this Court enter a final order, forfeiting to the United States all right, title and interest in the

funds, for disposition according to law, and vesting clear title to said property in the United States of America.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
Florida Bar Number 472867
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: james.muench2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney