UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:22-cr-332-VMC-TGW

SHANE PAUL CAMUS

**FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

This cause comes before the Court upon the United States' motion for a Final Order of Forfeiture for $230,000 in lieu of the real property located at 7549 NW 117th Lane, Parkland, Florida 33076-4259, in partial satisfaction of the defendant's $2,002,090.76 order of forfeiture.

On November 18, 2022, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), the Court entered a preliminary order of forfeiture for the real property located at 7549 NW 117th Lane, Parkland, Florida 33076-4259, in partial satisfaction of the defendant's $2,002,090.76 order of forfeiture. Doc. 60.

Because the United States is seeking to forfeit funds in lieu of the real property, any potential third-party claims are moot.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the funds are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

The forfeited funds will be credited towards the partial satisfaction of the defendant's order of forfeiture.

Clear title to the funds is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 1st day of August, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE