UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:22-cr-332-VMC-TGW

PABLO GARCES CAMUS

**AMENDED ORDER VACATING PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

THIS CAUSE comes before the Court upon the filing of the United States= motion to amend the order vacating the preliminary order of forfeiture for substitute asset (Doc. 143) to the correct date of the Preliminary Order of Forfeiture for Substitute Asset (Doc. 61) referenced in the order. The November 18, 2023 date referenced in the Court's order (Doc. 143) was incorrect and should be November 18, 2022.

Being fully advised in the premises, the Court finds that the error in the referenced date is a mere clerical error, which the Court is authorized to correct under Fed. R. Crim. P. 36.

Being fully advised of the relevant facts, it is hereby:

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is GRANTED.

In all other respects the Order Vacating the Preliminary Order of Forfeiture for Substitute Asset as to the real property located at 6821 Falconsgate Avenue, Davie, Florida 33331 remains in full force and effect.

DONE and ORDERED in Tampa, Florida, on this 15th day of September, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record