UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:22-cr-00332-VMC-TGW

DANIEL DAVID ESPINOZA

**MOTION BY THE UNITED STATES FOR REDUCTION IN SENTENCE PURSUANT TO USSG § 5K1.1**

The United States of America, pursuant to United States Sentencing Guideline § 5K1.1, hereby moves for a sentence reduction for the above-referenced defendant and further states:

1. The defendant entered a plea of guilty on November 29, 2022 which was accepted by the Court on December 1, 2022.

2. Since his plea, the defendant has continued to assist law enforcement, which assistance, the government views as substantial assistance. Specifically, he started cooperating by signing a plea agreement and pleading guilty to an information. At an early stage, he began cooperating with the government against other defendants. Over the course of three years, he has debriefed at least seven times and been a significant cooperator in multiple cases across the county. In New Jersey, a strike force prosecutor debriefed Espinoza in connection with the prosecution of Chintan Anjaria. Based in part on Espinoza's information, Anjaria was charged in an $11.5 million health care fraud and kickback scheme. In another out-of-state district, an AUSA debriefed Espinoza in connection with yet another ongoing

investigation. The information received was used to approach and "flip" a target to become a cooperator. That individual is still cooperating covertly but will eventually be charged.

3. Should the Court grant this motion, the government recommends the defendant's sentence be reduced according to a four-level departure from offense level 30, the final offense level calculated by U.S. Probation. R. Doc. 97 at 15. This would reduce his final offense level to 26 with a guideline range for imprisonment of 63 to 78 months.

WHEREFORE, the government respectfully urges this Honorable Court to grant this motion, consistent with the above-noted recommendation.

Respectfully submitted,

GLENN LEON
Chief, Fraud Section
United States Department of Justice

ROGER B. HANDBERG
United States Attorney

*/s/ Charles Strauss*

Charles D. Strauss
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 597-0610
E-mail: Charles.Strauss@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Charles Strauss*
Charles D. Strauss
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 597-0610
E-mail: Charles.Strauss@usdoj.gov