PID # 018-8: 2022-CR-00332-10

U.S. Department of Justice
United States Marshals Service

**RECEIVED**
**By USMS M/FL at 4:01 pm, May 23, 2024**

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>8:22-cr-332-VMC-TGW |
| DEFENDANT<br>DANIEL DAVID ESPINOZA | TYPE OF PROCESS<br>Deposit of Funds |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 |
| James A. Muench, AUSA<br>U.S. Attorney's Office<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602 | Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Pursuant to the Judgment and Order of Forfeiture, please deposit the $207,000 into the AFF.

CATS ID: 23-HHS-00023

JUN 10 2024 AM9:20
FILED - USDC - FLMD - TPA

| Signature of Attorney other Originator requesting service on behalf of | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | (813) 274-6000 | 5/20/24 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 18 | No. 04 | DENIS FAHIE (Affiliate) Digitally signed by DENIS FAHIE (Affiliate) Date: 2024.05.23 16:02:00 -04'00' | 05/23/2024 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)* | Date<br>06/03/2024 | Time<br>12:00 ☐ am ☐ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>[signature] | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

$207,000.00 was deposited into the AFF on 06/03/2024 pursuant to the Judgment and Order of Forfeiture.

RECEIVED
JUN 03 2024
BY:

Form USM-285
Rev. 03/21