UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                    CASE NO. 8:22-cr-00332-VMC-TGW

PABLO CAMUS
SHANE CAMUS

<b><u>STATUS REPORT</u></b>

The United States submits the following information to the Court, as requested, regarding the self-surrender of defendants Pablo and Shane Camus. Both were sentenced on March 8, 2024. Pablo Camus was sentenced to seventy-eight months imprisonment and Shane Camus to sixty months imprisonment. The Court ordered both defendants to voluntarily surrender to the Bureau of Prisons by December 31, 2024. The defendants were expected to testify in a trial in the Southern District of Florida, which the Court considered as grounds for the delay before reporting to prison. That trial is now set for March 24, 2025.

                                            Respectfully submitted,

                                            GLENN S. LEON
                                            Chief,

                                            By:  */s/ Charles D. Strauss*
                                            Charles D. Strauss
                                            Trial Attorney
                                            United States Department of Justice
                                            Criminal Division, Fraud Section

## CERTIFICATE OF SERVICE

      I hereby certify that on December 3, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                                    */s/ Charles D. Strauss*  
                                                    Charles D. Strauss  
                                                    Trial Attorney  
                                                    United States Department of Justice  
                                                    Criminal Division, Fraud Section  
                                                    1400 New York Avenue NW  
                                                    Washington, DC 20005  
                                                    Telephone: (202) 597-0610  
                                                    E-mail: Charles.Strauss@usdoj.gov