UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:22-cr-00332-VMC-TGW

PABLO CAMUS                            **Filed Under Seal**

## MOTION BY THE UNITED STATES FOR REDUCTION IN SENTENCE PURSUANT TO FED. R. CRIM. P. 35(b)(1)

The United States of America, through the undersigned counsel and pursuant to Fed. R. Crim. P. 35(b)(1), hereby moves for a sentence reduction for the above-referenced defendant and further states:

On September 20, 2022, the United States charged defendant Pablo Camus by a Bill of Information with conspiracy commit health care fraud in violation of 18 U.S.C. § 1349. Doc. 1. He pleaded guilty on October 27, 2022, pursuant to a plea agreement. Doc. 43. On February 28, 2024, the U.S. Probation Office issued its final Presentence Investigation Report for the defendant. Doc. 162. It calculated his applicable guideline range for the underlying offenses as 97-121 months in prison (limited by a statutory maximum of 120 months), based on an adjusted total-offense level of 30 and a criminal history category of I. *Id*. On July 11, 2024, the Court sentenced the defendant to 78 months imprisonment, reflecting a below guideline variance, pursuant to 18 U.S.C. § 3553(a)(1) and (2)(b), based upon an unopposed defense motion, noting the defendant's age and willingness to tender forfeiture. Docs. 173 and 174.

Prior to being charged, Pablo Camus began cooperating with the government. He waived an Indictment and agreed to be charged by Information. He also entered a plea agreement including cooperation, to which he has been responsive. Over the course of approximately five years, Pablo Camus has debriefed on numerous occasions with DOJ and USAO prosecutors throughout the United States, but primarily in the Southern District of Florida. He provided information which was used in the prosecutions against Peter Roussonicolos (SDFL Case No. 21-60273), Victor Vickery (SDFL Case No. 23-80140, Bobby Smith (SDFL Case No. 23-cr-80211), and the second prosecution of Daniel Espinoza (SDFL Case No. 24-60105).

Should the Court grant this motion, the government recommends a four-level departure assessed from offense level 28 (the Court's prior downward variance is equivalent to a sentence at the bottom of the guidelines for this offense level). This would place the defendant's final sentence at a Total Offense Level 24 with a guideline range of 51-63 months. The government further recommends the defendant receive a sentence at the lower end of this range.

WHEREFORE, the government respectfully requests this Honorable Court to grant this motion, consistent with the above-noted recommendation.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

LORINDA LARYEA
Acting Chief
Fraud Section, Criminal Division
U.S. Department of Justice

By: /s/ Charles D. Strauss
     Charles D. Strauss
     Trial Attorney
     Fraud Section, Criminal Division
     U.S. Department of Justice
     400 N. Tampa Street, Suite 3200
     Tampa, Florida 33602-4798
     Telephone: (813) 274-6000
     Facsimile: (813) 274-6358
     E-mail: Charles.Strauss@usdoj.gov

U.S. v. Pablo Camus                    Case No. 8:22-cr-00332-VMC-TGW

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                    By:    /s/ Charles D. Strauss
                                                  Charles D. Strauss
                                                  Trial Attorney
                                                  Fraud Section, Criminal Division
                                                  U.S. Department of Justice
                                                  400 N. Tampa Street, Suite 3200
                                                  Tampa, Florida 33602-4798
                                                  Telephone:  (813) 274-6000
                                                  Facsimile:   (813) 274-6358
                                                  E-mail: Charles.Strauss@usdoj.gov