UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:22-cr-332-VMC-TGW

DANIEL DAVID ESPINOZA

**ORDER VACATING ORDER OF PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States= Motion to Vacate the Preliminary Order of Forfeiture for Substitute Asset, entered by the Court on December 5, 2022 (Doc. 78), as it relates to the real property located at 7700 S. Woodridge Drive, Parkland, Florida 33067.

Being fully advised of the relevant facts, it is hereby:

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED.

It is FURTHER ORDERED that the Preliminary Order of Forfeiture for Substitute Asset be vacated.

DONE and ORDERED in Tampa, Florida, this 14th day of October, 2025.

Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record